UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ARNOLD THOMAS,<br>Plaintiff,<br>v.<br>JEFFREY MACOMBER, et al.,<br>Defendants. | No. 1:26-cv-01554-SAB (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM<br>Doc. 9 |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On June 5, 2026, the magistrate judge issued findings and recommendations recommending the action be dismissed for failure to state a cognizable claim for relief. Doc. 9. Plaintiff filed objections on June 25, 2025. Doc. 10. Plaintiff's objections do not undermine the analysis in the findings and recommendations.

Consistent with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, including plaintiff's objections, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued June 5, 2026 (Doc. 9) are ADOPTED in full.

2. This action is DISMISSED with prejudice for failure to state a claim.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE